

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00650-CR

Antonine D. **HENDERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11062
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 16, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice